DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BRIAN SCHILLING,

Appellant,

v.

PROGRESSIVE EXPRESS INSURANCE COMPANY,
a foreign profit company,

Appellee.

No. 2D2025-0620

_____

October 3, 2025

Appeal from the Circuit Court for Pasco County; Susan G. Barthle,
Judge.

George A. Vaka of Vaka Law Group, P.L., Tampa, for Appellant.

Samantha Epstein, Robert O'Malley, and E. Holland Howanitz of Tyson
Mendes, LLP, Jacksonville, for Appellee.

PER CURIAM.

    Affirmed.

LUCAS, C.J., and BLACK and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.